IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SHELDON SCOTT SMITH,
    Plaintiff,

vs.                                  Case No.:   3:19cv4833/LAC/EMT

SHERIFF BOB JOHNSON, et al.,
    Defendants.
_____/

## **REPORT AND RECOMMENDATION**

Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1). On December 5, 2019, the court issued an order directing Plaintiff to pay the filing fee or file a motion to proceed in forma pauperis ("IFP") within thirty (30) days (ECF No. 2). The copy of the order mailed to Plaintiff at the Santa Rosa County Jail (Plaintiff's record address) was returned to the court, because the clerk of court included an incorrect address on the envelope (*see* ECF No. 3). The clerk of court re-mailed the order to the correct address, but on January 27, 2020, the order was returned to the court as undeliverable, because Plaintiff had been released from the Jail (*see* ECF No. 4). On February 10, 2020, the court resent the order to Plaintiff at the release address indicated on the Jail's public website.

By March 11, 2020, Plaintiff had not paid the filing fee or filed an IFP motion; therefore, the court issued an order requiring Plaintiff to show cause, within thirty

(30) days, why this action should not be dismissed for his failure to comply with an order of the court (*see* ECF No. 5). The time for compliance with the show cause order has now elapsed, and Plaintiff has not paid the filing fee, filed an IFP motion, or shown cause for his failure to do so.

Accordingly, it is respectfully **RECOMMENDED**:

1. This case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

2. The clerk of court be directed to close the case.

At Pensacola, Florida, this 17th day of April 2020.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.** A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636**.

Case No.: 3:19cv4833/LAC/EMT