IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SHELDON SCOTT SMITH,
    Plaintiff,

vs.                                        Case No.:  3:19cv4833/LAC/EMT

SHERIFF BOB JOHNSON, et al.,
    Defendants.
_____/

# O R D E R

The Chief Magistrate Judge issued a Report and Recommendation on April 17, 2020 (ECF No. 6).  Attempts have been made to furnish Plaintiff a copy of the Report and Recommendation and afford him an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  All mail has been returned as undelieverable.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Chief Magistrate Judge's Report and Recommendation (ECF No. 6) is adopted and incorporated by reference in this order.

2.    This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

Page 2 of 2

3. The clerk of court is directed to close this case.

**DONE AND ORDERED** this 8th day of June, 2020.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**